**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose SANCHEZ–LUNA, Defendant—Appellant.**

No. 04–30282.

D.C. No. CR–99–02007–FVS.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 10, 2005.

St.Clair Frederick Winiker, III, Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Alex B. Hernandez, III, Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before FERNANDEZ, GRABER and GOULD, Circuit Judges.

MEMORANDUM**

Jose Sanchez–Luna, a federal prisoner, appeals the district court's imposition of a 24–month term of imprisonment upon the revocation of his supervised release. We have jurisdiction under 28 U.S.C. § 1291. We review the deviation from Chapter 7 policy statements for abuse of discretion, *see United States v. Musa*, 220 F.3d 1096, 1100 (9th Cir.2000), and we affirm.

Mr. Sanchez–Luna first contends that the district court did not consider the Chapter 7 policy statements when it sentenced him outside the range. We disagree. The record reveals that the district court did in fact consider the range outlined in the Chapter 7 policy statements,

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

but chose to reject them upon its finding that Mr. Sanchez–Luna was a danger to community. *See United States v. Tadeo,* 222 F.3d 623, 625 (9th Cir.2000).

Mr. Sanchez–Luna next contends that the district court also abused its discretion in finding him a "dangerous person to the welfare of the society and community." Again, we disagree. Because this finding was based on Mr. Sanchez–Luna's prior convictions, including a manslaughter conviction and recent firearms convictions, the district court did not abuse its discretion in sentencing him outside the range contemplated by the Chapter 7 policy statements. *See Musa,* 220 F.3d at 1101 (holding that defendant's threat of violence against another person and his poor impulse control were sufficient to support the "danger to community" determination.)

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.